# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> vs. <br><br> SOURITA PHOUNSIRI, <br><br> Defendant. | CASE NO. 16cv1021-LAB (NLS) <br><br> **ORDER APPROVING SUBSTITUTION OF COUNSEL; AND** <br><br> **ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

The *ex parte* motion to substitute in Defendant Sourita Phounsiri in place of Edward Wong, Esq., is **GRANTED**. Phounsiri is now proceeding *pro se*, but must still comply with the same rules as counsel would be required to obey. *See Briones v. Riviera Hotel & Casino*, 116 F.3d 179, 381 (9th Cir. 1997) (quoting *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."); Civil Local Rule 16.1(b). Phounsiri is reminded to review the chambers standing order (available on the Court website), particularly section 12, which deals with pretrial conferences and preparation for trial.

To ensure that Phounsiri has enough time to prepare, the final pretrial conference conference is **CONTINUED** from Monday, November 27 to Monday, December 11, 2017 at 11:45 a.m. Plaintiff's counsel and Phounsiri should work together to prepare and lodge the final proposed pretrial order, which must be lodged in editable electronic format as provided

in this District's ECF Policies and Procedures Manual, § 2(h), no later than **Friday, December 1, 2017**.

Because the *ex parte* motion provided no reason for the substitution, and because the parties are being given extra time to prepare for the pretrial conference, they should not assume that any further continuances will be granted.

**IT IS SO ORDERED**.

DATED: November 16, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge